IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
AUG 30 2017
Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES and THE FUND FOR ANIMALS,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FISH AND WILDLIFE SERVICE, an agency of the Department of Interior, U.S. DEPARTMENT OF THE INTERIOR, RYAN ZINKE, Secretary of the Interior, GREG SHEEHAN, Acting Director of the U.S. Fish and Wildlife Service, and JIM KURTH, Deputy Director of the U.S. Fish and Wildlife Service,<br><br>Defendants. | CV 17–117–M–DLC<br><br>ORDER |

Plaintiffs The Humane Society of the United States and The Fund for Animals move for the admission of Nicholas Arrivo to practice before this Court in this case with Kristine M. Akland to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiffs' motion to admit Nicholas Arrivo *pro hac vice* (Doc. 3) is GRANTED on the condition that Mr. Arrivo shall

do his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Arrivo within fifteen (15) days of this Order, file a separate pleading acknowledging his admission under the terms set forth above.

DATED this 30th day of August, 2017.

Dana L. Christensen, Chief Judge
United States District Court