Timothy J. Preso
Earthjustice
313 East Main Street
Bozeman, MT 59715
(406) 586-9699 | Phone
(406) 586-9695 | Fax
tpreso@earthjustice.org

*Counsel for Plaintiffs Sierra Club,
Center for Biological Diversity, and
National Parks Conservation
Association and Local Counsel for
Plaintiff Northern Cheyenne Tribe*

Beth Baldwin
Ziontz Chestnut
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121
(206) 448-1230 | Phone
(206) 448-0962 | Fax
bbaldwin@ziontzchestnut.com

*Counsel for Plaintiff Northern
Cheyenne Tribe*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE, et al., | ) |
| | ) Case No. CV 17-89-M-DLC |
| Plaintiffs, | ) |
| | ) (consolidated with Case Nos. |
| v. | ) CV 17-117-M-DLC, |
| | ) CV 17-118-M-DLC, |
| UNITED STATES OF AMERICA, | ) CV 17-119-M-DLC, and |
| et al., | ) CV 17-123-M-DLC) |
| | ) |
| Federal Defendants, | ) **MOTION OF PLAINTIFFS** |
| | ) **NORTHERN CHEYENNE** |
| and | ) **TRIBE, ET AL. FOR AN** |
| | ) **AWARD OF ATTORNEYS'** |
| STATE OF WYOMING, et al. | ) **FEES AND COSTS** |
| | ) |
| Defendant-Intervenors. | ) |
| | ) |

Plaintiffs in these consolidated cases, Northern Cheyenne Tribe, Sierra Club, Center for Biological Diversity, and National Parks Conservation Association (collectively, "Plaintiffs") hereby request an award of attorneys' fees and costs under the Endangered Species Act ("ESA"), 16 U.S.C. § 1540(g)(4), and the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $359,963.13.

This application seeks recovery of attorneys' fees and costs for litigation of this matter in this Court and the Ninth Circuit. Following the filing of this motion, Plaintiffs intend to move to stay all briefing and submission of additional argument and materials in support of and in opposition to this motion to facilitate discussions with Federal Defendants regarding settlement of this motion.

This motion is supported by the accompanying memorandum, declarations, and exhibits. As these materials demonstrate, Plaintiffs are entitled to the requested award of attorneys' fees and costs. Accordingly, this Court should award Plaintiffs a recovery of attorneys' fees in the amount of $357,067 and costs in the amount of $2,896.13, for a total award of $359,963.13.

Respectfully submitted this 14th day of September, 2020.

/s/ Timothy J. Preso
Timothy J. Preso
Earthjustice
313 East Main Street
Bozeman, MT  59715
(406) 586-9699
tpreso@earthjustice.org

*Counsel for Plaintiffs Sierra Club, Center for Biological Diversity, and National Parks Conservation Association and Local Counsel for Plaintiff Northern Cheyenne Tribe*

Beth Baldwin
Ziontz Chestnut
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121
(206) 448-1230 | Phone
(206) 448-0962 | Fax
bbaldwin@ziontzchestnut.com

*Counsel for Plaintiff Northern Cheyenne Tribe*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was today served via the Court's CM/ECF system on all counsel of record.

/s/ Timothy J. Preso
Timothy J. Preso
