# Exhibit 2

**Crow Indian Tribe et al., v United States et al.**
**CV 17-89-M-DLC**

| GL Title | Effective Date | Transaction Description | Payee | Debit |
|---|---|---|---|---|
| Case Costs - Court Fees | 8/31/2017 | filing fee - grizzly | Josh Purtle | $400.00 |
| Case Costs - Court Fees | 9/30/2017 | pro hac - Ziontz Chestnut | Cardmember Service | $255.00 |
| Case Costs - Court Fees | 8/31/2018 | B. Baldwin pro hac | Cardmember Service | $255.00 |
| **Case Costs - Court Fees** | | | | **$910.00** |
| Case Costs - Court Reporters | 8/31/2018 | CV 17-89-M-DLC Transcript | JoAnn C. Bacheller, RDR, CRR | $465.60 |
| **Case Costs - Court Reporters** | | | | **$465.60** |
| Case Costs - Research | 9/30/2017 | PACER | .   PACER | $4.50 |
| Case Costs - Research | 5/31/2018 | PACER | .   PACER | $26.40 |
| **Case Costs - Research** | | | | **$30.90** |
| Case Costs-Trvl, Meals,Lodging | 3/31/2018 | car rental to hearing on Mot to Stay | .   Enterprise rent-a-car | $136.56 |
| Case Costs-Trvl, Meals,Lodging | 4/30/2018 | missoula hearing on stay - gas | Jenny Harbine | $41.96 |
| Case Costs-Trvl, Meals,Lodging | 4/30/2018 | missoula hearing on stay - lunch w/ K. O'Brien | Jenny Harbine | $19.80 |
| Case Costs-Trvl, Meals,Lodging | 8/31/2018 | 3483 hearing car rental | .   Enterprise rent-a-car | $127.92 |
| Case Costs-Trvl, Meals,Lodging | 9/15/2018 | meals | Tim Preso | $68.00 |
| Case Costs-Trvl, Meals,Lodging | 9/15/2018 | rooms for T. Preso, J. Purtle | Tim Preso | $817.80 |
| **Case Costs-Trvl, Meals,Lodging** | | | | **$1,212.04** |

| | | | | |
|---|---|---|---|---|
| Case Costs -Postage Delivery | 8/31/2017 | in-house postage (8) | | $44.92 |
| Case Costs -Postage Delivery | 9/30/2017 | in-house postage (09) | | $11.89 |
| Case Costs -Postage Delivery | 6/30/2018 | inv. 6-227-65858 | .   Federal Express | $19.88 |
| Case Costs -Postage Delivery | 8/31/2018 | inv. 6-283-60605 | .   Federal Express | $15.64 |
| Case Costs -Postage Delivery | 9/30/2018 | inv. 6-319-03716 | .   Federal Express | $15.78 |
| **Case Costs -Postage Delivery** | | | | **$108.11** |
| Case Costs - Reproduction | 8/31/2017 | in-house reproduction (07-08) | | $36.80 |
| Case Costs - Reproduction | 9/30/2017 | in-house printing (09) | | $16.10 |
| **Case Costs - Reproduction** | | | | **$52.90** |
| Case Costs - Telephone | 11/30/2017 | call conferencing | RollCall | $12.30 |
| Case Costs - Telephone | 1/31/2018 | call conferencing | RollCall | $12.96 |
| Case Costs - Telephone | 4/30/2018 | call conferencing | RollCall | $60.60 |
| Case Costs - Telephone | 5/31/2018 | call conferencing | RollCall | $17.88 |
| Case Costs - Telephone | 8/31/2018 | call conferencing | RollCall | $12.84 |
| **Case Costs - Telephone** | | | | **$116.58** |

**Report Total**      **$2,896.13**