# Exhibit

**Crow Indian Tribe et al., v United States et al.**
**CV 17-89-M-DLC**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 6/5/2018 | Beth Baldwin | Review draft summary judgment brief | 0.40 | $240.00 | $96.00 |
| 6/6/2018 | Beth Baldwin | Review J. Osborne-Klein edits to draft summary judgment brief and make additional edits | 0.90 | $240.00 | $216.00 |
| 12/21/2018 | Beth Baldwin | Review notices of appeal filed by defendants; review updates from Earthjustice attorneys; draft and send update re same to Tribal leaders | 0.20 | $290.00 | $58.00 |
| 8/2/2019 | Beth Baldwin | Review draft Ninth Circuit brief drafted by Earthjustice; make revisions and comments and send to Earthjustice for filing | 2.00 | $300.00 | $600.00 |
| 4/30/2020 | Beth Baldwin | Email Tribal leaders with details of May 5th oral argument before Ninth Circuit Court of Appeals; coordinate re same with Earthjustice attorney T. Preso | 0.30 | $310.00 | $93.00 |
| 5/4/2020 | Beth Baldwin | Attend moot court practice argument for May 5 Ninth Circuit argument of grizzly bear case appeal | 2.20 | $310.00 | $682.00 |
| 5/5/2020 | Beth Baldwin | Attend argument of grizzly bear appeal before Ninth Circuit via livestream | 2.90 | $310.00 | $899.00 |
| 7/9/2020 | Beth Baldwin | Review Ninth Circuit opinion in detail and begin drafting summary for Tribal leaders | 0.70 | $310.00 | $217.00 |
| 7/14/2020 | Beth Baldwin | Phone call with Tim Preso of Earthjustice re next steps in grizzly bear case; finish and send email to Tribal leaders with summary re same | 0.70 | $310.00 | $217.00 |
| | | **Total: Beth Baldwin** | **10.30** | | **$3,078.00** |
| | | | | | |
| 6/26/2017 | Brian Chestnut | Review materials in preparation for today's calls ; call with Tribal Council members and Administrator Walksalong re options to litigate delisting; call with Tim Preso (Earthjustice) re same; review, comment on draft Tribal Council resolution; review comment on 60-day notice. | 2.40 | $330.00 | $792.00 |
| 6/27/2017 | Brian Chestnut | Draft and send email to Tribal leaders re upcoming steps in Earthjustice case, 60-day notice and compile exhibits for same. | 1.00 | $330.00 | $330.00 |
| 8/2/2018 | Brian Chestnut | Review draft reply brief; draft and send update to Tribal leaders. | 0.60 | $340.00 | $204.00 |
| 5/5/2020 | Brian Chestnut | Listen to portion of oral argument; email with B. Baldwin re same. | 0.70 | $460.00 | $322.00 |
| | | **Total: Brian Chestnut** | **4.70** | | **$1,648.00** |
| | | | | | |
| 5/22/2017 | Joshua Osborne-Klein | Call with Tim Preso from Earthjustice re potential litigation challenging grizzly bear delisting | 0.50 | $290.00 | $145.00 |
| 6/23/2017 | Joshua Osborne-Klein | Call with Tim Preso at Earthjustice re Grizzly delisting and potential litigation; call with President Killsback re delisting and potential litigation | 1.50 | $290.00 | $435.00 |
| 6/26/2017 | Joshua Osborne-Klein | Calls with Tim Preso at Earthjustice and Tribal Council re participation in grizzly bear litigation; draft resolution authorizing participation in grizzly bear litigation | 1.80 | $290.00 | $522.00 |
| 6/27/2017 | Joshua Osborne-Klein | Calls with Tim Preso and Tribal leadership re grizzly bear delisting litigation; review draft 60-day notice | 2.20 | $290.00 | $638.00 |
| 6/28/2017 | Joshua Osborne-Klein | Calls with Tim Preso and Conrad Fisher re delisting litigation | 1.20 | $290.00 | $348.00 |
| 7/5/2017 | Joshua Osborne-Klein | Review 60-day notices and complaints filed by other plaintiffs; emails to Tribal leaders re 60-day notices and complaints | 0.70 | $290.00 | $203.00 |
| 8/18/2017 | Joshua Osborne-Klein | Begin review of draft complaint | 0.50 | $290.00 | $145.00 |
| 8/21/2017 | Joshua Osborne-Klein | Continue reviewing and editing draft complaint | 1.50 | $290.00 | $435.00 |
| 8/22/2017 | Joshua Osborne-Klein | Finalize edits to draft complaint and email to Tribe and T. Preso | 0.30 | $290.00 | $87.00 |
| 11/17/2017 | Joshua Osborne-Klein | Call with attorneys on multiple delisting cases to coordinate case management and briefing schedule | 1.00 | $290.00 | $290.00 |
| 11/20/2017 | Joshua Osborne-Klein | Review and edit draft case management agreement | 0.30 | $290.00 | $87.00 |
| 12/18/2017 | Joshua Osborne-Klein | Review and edit draft motion for partial summary judgment; email T. Preso re same | 1.30 | $290.00 | $377.00 |
| 1/10/2018 | Joshua Osborne-Klein | Review and edit draft brief opposing Federal Defendants' request to say proceedings pending new administrative process | 1.50 | $300.00 | $450.00 |
| 1/30/2018 | Joshua Osborne-Klein | Review draft sur-reply re post hoc rationalizations; research re post-hoc rationalizations; email to Tim Preso re suggestions for revisions to draft sur-reply | 1.20 | $300.00 | $360.00 |
| 3/1/2018 | Joshua Osborne-Klein | Review briefs in prep for hearing; email to Tribal leaders re March 13 hearing | 1.80 | $300.00 | $540.00 |
| 3/8/2018 | Joshua Osborne-Klein | Call with Katherine O'Brien at Earthjustice re upcoming hearing in Billings on government's motion to stay case | 0.50 | $300.00 | $150.00 |
| 3/13/2018 | Joshua Osborne-Klein | Travel from Seattle to Missoula for hearing on government's motion to stay grizzly bear delisting litigation, prep for hearing, participate in hearing re motion to stay, return travel from Missoula to Seattle | 8.50 | $300.00 | $2,550.00 |
| 4/20/2018 | Joshua Osborne-Klein | Review correspondence between plaintiffs' lawyers re briefing schedule, respond to email from Tim Preso re briefing schedule | 0.30 | $300.00 | $90.00 |
| 4/23/2018 | Joshua Osborne-Klein | Call with Tim Preso re briefing schedule proposals | 0.30 | $300.00 | $90.00 |
| 5/14/2018 | Joshua Osborne-Klein | Review and edit draft merits brief re DPS issue; email to Tim Preso re review of draft merit briefs section | 0.70 | $300.00 | $210.00 |
| 5/24/2018 | Joshua Osborne-Klein | Review draft agreed statement of facts and draft email to co-counsel re draft agreed statement of facts | 0.80 | $300.00 | $240.00 |
| 6/6/2018 | Joshua Osborne-Klein | Review and edit draft SJ brief re grizzly bear delisting; review B. Baldwin edits to draft grizzly bear brief; email Tim Preso re edits to draft grizzly bear brief | 1.50 | $300.00 | $450.00 |
| 6/14/2018 | Joshua Osborne-Klein | Review emails from co-plaintiffs re page limits for government's response briefs; email Tim Preso re page limits for government brief | 0.20 | $300.00 | $60.00 |
| 7/11/2018 | Joshua Osborne-Klein | Begin review of government's brief in support of cross-motion for SJ | 1.00 | $300.00 | $300.00 |
| 7/16/2018 | Joshua Osborne-Klein | Continue review of government's brief in support of cross-motion for SJ | 1.20 | $300.00 | $360.00 |
| 7/25/2018 | Joshua Osborne-Klein | Draft update on litigation for Brian Chestnut to send to Tribal leaders | 0.40 | $300.00 | $120.00 |
| 8/2/2018 | Joshua Osborne-Klein | Review and edit section of draft reply brief re DPS issue | 1.30 | $300.00 | $390.00 |
| | | **Total: Joshua Osborne-Klein** | **34.00** | | **$10,072.00** |

| | | | | | |
|---|---|---|---|---|---|
| 2/26/2018 | Wyatt Golding | Email co-counsel for update regarding litigation, share with Brian Chestnut. | 0.20 | $250.00 | $50.00 |
| 4/20/2018 | Wyatt Golding | Discuss case strategy with co-counsel | 0.20 | $250.00 | $50.00 |
| | | **Total: Wyatt Golding** | **0.40** | | **$100.00** |
| | | **GRAND TOTAL:** | **49.40** | | **$14,898.00** |